**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00174-CR
No. 05-15-00175-CR

**MOHSIN ZIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-33179-M, F13-33180-M**

## ORDER

Appellant's July 27, 2015 motion for a two week extension of time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **August 10, 2015**. If appellant's brief is not filed by August 10, 2015, these appeals will be abated so that the trial court can make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
        JUSTICE